UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. S-1 4:15 CR 335 CDP (DDN) |
| DWANE TAYLOR, | ) ) ) | |
| Defendant. | ) | |

**UNITED STATES OF AMERICA'S EXHIBITS FILED
IN OPPOSITION TO DEFENDANT'S MOTION TO SUPPRESS EVIDENCE**

| NUMBER | DESCRIPTION |
|---|---|
| 1 | June 10, 2015, audio recording between Taylor and Detective Akinyemi regarding consent to search Taylor's phone overnight. |
| 2 | June 17, 2015, Sunset Hills Police Department Advice of Rights form. |
| 3 | June 17, 2015, recording of Taylor interview. |
| 4 | June 17, 2015, Sunset Hills Police Department property receipt. |
| 5 | June 17, 2015, Consent to DNA Collection form. |
| 6 | June 17, 2015, photographs of Taylor's black Impala. |
| 7 | The Robinson Letter. |
| 8 | The Horton Letter. |
| 9 | August 20, 2015, Sainte Genevieve County Sheriff's Department report. |
| 10 | The Monte Carlo Warrant. |
| 11 | The Trailer Warrant. |
| 12 | The Impala Warrant. |
| 13 | The AT&T Warrant. |
| 14 | AT&T Mobility "Subscriber Information." |
| 15 | The Ogden Warrant. |

        Respectfully submitted,

        RICHARD G. CALLAHAN
        United States Attorney

        /s/ Thomas Rea
        THOMAS REA, #53254MO
        Assistant United States Attorneys
        111 South Tenth Street, 20th Floor
        Saint Louis, Missouri 63102
        (314) 539-2200

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on September 21, 2016, the foregoing was filed electronically with the Clerk of the Court to be served by operation of the Court's electronic filing system upon all parties and counsel of record.

        /s/ Thomas Rea
        THOMAS REA