RECEIVED
OCT 03 2016
BY MAIL

Dear Judge Noce,                          9/26/16

You know, I was in your courtroom today. My name is Dwane Taylor No: 4:15 CR00335. Casey Hale is my attorney and he has been good about assisting me in things that I personally need in my case.

Now, I know there is a process in every situation. There was several questions that I wanted my attorney to ask the Police Officer whom took the stand this morning - and It didn't happen. That police officer just bluntly lied on me and our dealings with each other.

He committed perjury on your stand. I have evidence to prove it. Plus, I like to "persevue" this issue in case something goes wrong in my case in the future. Because I have Major Case Squad reports well 12 pages that has what really took place on the 7th of June thru the 11th of June 2015. They have valuable information in them. But all 12 pages are Redacted. And my attorney requested to have them un-redacted over a year ago August 19, 2015. But the government never gave us un-redacted copies - so that I can properly defend myself. I am writing you outside my attorney - is because my life is on the line and I am not trying to cause any problem with him. I did not raise my hand in court because I did not want to disrupt

my attorney.

I just hope and pray that you really review my first issue, where the ~~phone~~ police illegally obtained my phone from me.

But most of all I want to "perserve" this issue, because there are unredacted copies pages that tells what really happen to me.

Plus, I hope that you review everything. I wanted to testify myself at the Motion Hearing – because the Police officer was lying about what really happen. I have yet to hear the tape recorded conversation. Did the Police officer loggin the time of day he was recording me. Because that is highly important. The Police officer lied and said I called him on June 10th, 2015 and told him I want to come in and clear my name and gave him my phone – but I refused to sign consent form. That does not make any sense.

Confused – on why the government was willing to dis-regard an interview but not phone records. That case has nothing to do with my present case – it's all background evidence – which will prejudice my case if used at trail anyway.

How can you make a proper decision in my case and you do not have MCS police report – which is redacted. On top of that I have evidence to convince you that I did not call that police officer on June 10th, 2015 – and that he committed PERJURY.

Taylor

P.S. I have in Black and white that Police (or MCS) Stated, A Court Order was granted in reference to that cell phone. How do you lose that?

Dwane Taylor
SCC DOC
301 N. Second St.
St. Charles, Mo.
63301

Legal Mail:
Mailed
9/26/16

RECEIVED
OCT 03 2016
BY MAIL

Judge Noce (DDN)
U.S.D.C. E.D. Missouri
Eastern Division
111 South 10th Street
St. Louis, Mo. 63101